No. 332. Ex parte Manuel M. Sama, Jr.—Petition to cancel notarial surety bond No. 1525 given by the National Surety Company on March 20, 1912. Decided June 9, 1913. Bond canceled as regards subsequent acts of petitioner and declared in force as regards prior acts during the legal period and until said bond may be legally canceled. The petitioner appeared *pro se.*

---

No. 8. In re Francisco Figueroa Maestre, Defendant.— Disbarment proceedings. Motion of *fiscal* to appoint a referee to take testimony. Decided June 9, 1913. Motion sustained and Hon. Martín Travieso, Jr., appointed referee. *Mr. Charles E. Foote, fiscal,* for The People. *Messrs. Jacinto Texidor* and *Manuel Benítez Flores* for defendant.

---

No. 988. Busigó, Appellant, *v.* Jordán et al., Respondents.—Appeal from the District Court of Mayagüez. Motion of respondents to dismiss appeal and of appellant to correct the record. Decided June 9, 1913. · Motion to dismiss appeal denied. Motion to correct the record sustained. *Mr. Herminio Díaz* for appellant. *Mr. José G. Torres* for respondents.

---

No. 610. The People, Respondent, *v.* Colón, Appellant.— Appeal from the District Court of San Juan, Section 2. Decided June 11, 1913. Judgment appealed from affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 999. Noya, Respondent, *v.* Aramburu, Appellant.— Appeal from the District Court of Humacao. Motion of respondent to dismiss appeal. Decided June 16, 1913. Appeal